UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-22071-CIV-KING

INVERPAN, S.A., a Panamanian Corporation,

       Plaintiff,

v.

AMERICAN EXPRESS BANK
INTERNATIONAL, a foreign corporation,
GREGORIO ECHEVARRIA, an individual,
VESEY LIMITED, a Cayman Island corporation,
NORMA EBANKS, individually, RANDALL
FISHER, individually, BERTHA BRITTEN,
Individually, ALDRICH WERLEMAN,
Individually, and AMEX INTERNATIONAL
TRUST (CAYMAN), LTD., a Cayman Islands
Corporation,

       Defendants.

_____/

### ORDER GRANTING MOTION BY ARUBAN DEFENDANTS TO RESET DEADLINES FOR JURISDICTION BRIEFING AND OPPOSITION TO MOTION TO DISQUALIFY [D.E. 224]

THIS CAUSE having come before the Court on the motion of the Aruban Defendants (Bertha Britten and Aldric Werleman) to set July 1, 2009 as the deadline for jurisdiction briefing and an opposition brief on the motion to disqualify [D.E. 224], and being further advised that the relief requested in said motion has been consented to, it is hereby

**ORDERED AND ADJUDGED:**

The motion is **GRANTED**. All parties are to submit jurisdiction briefs on or before July 1, 2009. On or before that same date, the Aruban Defendants shall file their opposition to Inverpan's Second Renewed Motion to Disqualify the AMK Firm [D.E. 224].

5

CASE NO.: 07-22071-CIV-KING

**DONE AND ORDERED** in chambers, this 12 day of June, 2009.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Chief United States Magistrate Judge Ted. E. Bandstra
All Counsel of Record